**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

EVELYN DAVIS                                                                            PLAINTIFF

V.                                          NO. 3:12CV00236 JTR

CAROLYN W. COLVIN,                                                             DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED THIS 29th DAY OF January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE